*Carmen Stuns*

14-21837

CLERK OF
BANKRUPTCY COURT
DISTRICT OF CT
14 SEP 29 PM 3:30
HARTFORD DIVISION

Motions To Dismiss

I did not file Bankruptcy

Someone have sind my name that I was filding

Bankruptcy I did not

My Sotial Security # 9650
my Telephone 11 860-244-9393

DBO 3-27-43

*Carmen Stuns*

9/29/14