UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:  Carmen E. Stevens                                  Case No.  14-21837

                                                           Chapter 7

　　　　DEBTOR                                              Re: ECF No. 6

ORDER DISMISSING CHAPTER 7 CASE

__XX__ The debtor has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. 1307, 1112 or 1208.  The court finds, after notice and a hearing, that the motion should be granted.

_____ A party in interest has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case.  The courts finds, after notice and a hearing that the motion should be granted.

IT IS ORDERED THAT:

　　　1. This Chapter 7 case is DISMISSED.

Dated: October 30, 2014                                    BY THE COURT

                                                           Albert S. Dabrowski
                                                           United States Bankruptcy Judge